**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK APPLEGREN,<br><br>   *Plaintiff*,<br><br> v.<br><br>RODEWAY INN CAPRI and CHOICE HOTELS INTERNATIONAL INC.,<br><br>   *Defendants*. | No. 24-cv-08010 (MEF)(JRA)<br><br>**ORDER** |

United States Magistrate Judge Almonte issued a Report and Recommendation recommending that this case be dismissed. See ECF 46.

The Report and Recommendation is thorough and well reasoned.

No party has objected to any aspect of Judge Almonte's report. Now the deadline for objections has passed.

Against this backdrop, and in light of the standard of review here, see Equal Emp. Opportunity Comm'n v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017), the Court adopts the Report and Recommendation.

The motions to dismiss are granted, and the Plaintiff's complaint is dismissed without prejudice. See ECF 16, 28.

IT IS on this 22nd day of May, 2025, so **ORDERED**.

              /s/ Michael E. Farbiarz
              _____
              Michael E. Farbiarz, U.S.D.J.